**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-7199**

—————————

ROBBIE SUTTLES,

              Petitioner - Appellant,

        v.

JUSTIN ANDREWS,

              Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:12-hc-02196-BO)

—————————

Submitted: November 19, 2013        Decided: November 22, 2013

—————————

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Charles Robinson Brewer, Asheville, North Carolina, for Appellant.  Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Suttles, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Suttles v. Andrews, No. 5:12-hc-02196-BO (E.D.N.C. July 18, 2013). We also deny Suttles' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED